

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause number:        01-12-01150-CV

Style:        In re Katherine Louise King

Date motion filed[*]:        December 21, 2012

Type of motion:        Motion for leave to supplement reply brief

Party filing motion:        Relator

Document to be filed:

Is appeal accelerated? No

If motion to extend time:

    Original due date:

    Number of previous extensions granted:        Current Due date:

    Date Requested:

Ordered that motion is:

    ☑    Granted

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐    Denied

    ☐    Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐    Other: _____

Judge's signature:/s/ Terry Jennings
        ☑ Acting individually    ☐ Acting for the Court

Panel consists of _____

Date:  January 30, 2013
November 7, 2008 Revision